IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

QUENTIN C. PRESSLEY,

    Plaintiff,

      v.

MICHAEL J. ASTRUE
in his official capacity as
Commissioner of the Social Security
Administration,

    Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-514-TWT

**ORDER**

      This is an action seeking to review the decision of the Commissioner denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 16] of the Magistrate Judge recommending affirming the decision of the Commissioner. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The decision of the Commissioner denying the application for Social Security disability benefits is AFFIRMED.

T:\ORDERS\13\Pressley\r&r.wpd

SO ORDERED, this 29 day of May, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge